UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDWARD DAVIS,

      Plaintiff,

v.                                                  CASE NO. 3:18-cv-110-J-20MCR

JACKSONVILLE FIREMEN'S CREDIT
UNION,

      Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the on Plaintiff's Motion to Appear Pro Hac Vice (the "Motion"). (Doc. 3.) The Motion seeks the *pro hac vice* admission of foreign attorney Scott J. Ferrell of the law firm of Pacific Trial Attorneys. However, as noted by Judge Merryday in his February 2, 2018 Order in *Davis v. Florida Central Credit Union*, Case No. 8:18-cv-178-T-23AAS (Doc. 7), attorney Ferrell has appeared in at least ten other actions in Florida within the past year, constituting an abuse of the *pro hac vice* rule by appearing in Florida with a frequency that constitutes the "regular practice of law." Because attorney Ferrell's frequent Florida filings abuse the *pro hac vice* privilege, the Motion is due to be denied.

Accordingly, it is **ORDERED**:

The Motion (**Doc. 3**) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, on February 6, 2018.

                                                                    _____
                                                                    MONTE C. RICHARDSON
                                                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record